UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **HARVEY HILL** | **:** | **CASE NO. 5:22-cv-04631** |
| **VERSUS** | **:** | **JUDGE DONALD E. WALTER** |
| **INTEGON NATIONAL INSURANCE CO** | **:** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 38], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED** that the Report and Recommendation [doc. 38] be **ADOPTED**. Accordingly, the Motion to Dismiss [doc. 11] is **GRANTED**, and all claims in this matter are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 6th day of December, 2023.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE